UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                          Case No. 13 B 11779

    Ondra K Thornton

        Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/22/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 07/09/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:       $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate Christ Medical Center | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 15.40 | NA | NA | 0.00 | 0.00 |
| Allgate Financial LLC | Secured | 7,928.00 | 7,668.90 | 7,668.90 | 0.00 | 0.00 |
| Americash Loans | Unsecured | 845.27 | NA | NA | 0.00 | 0.00 |
| Associated Urological Specialists | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| AT&T Midwest | Unsecured | 197.21 | NA | NA | 0.00 | 0.00 |
| Ballys Total Fitness | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Berns Auto Sales | Secured | 352.03 | NA | NA | 0.00 | 0.00 |
| Blue Chip Casino | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Card Gard/Check One In | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Cardinal Fitness | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| City Of Blue Island | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 4,625.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| Consultants in Clinical Pathology | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| Cook County Dept. of Revenue | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Dakota State Bank | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| Enterprise Rent-A-Car | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Evergreen Emergency Services LTD. | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 886.00 | NA | NA | 0.00 | 0.00 |
| Four Winds Casino | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Guardian Insurance | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 3,167.63 | 3,167.63 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 100.00 | 82.82 | 82.82 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 3,100.00 | NA | NA | 0.00 | 0.00 |
| Lakeside Nephrology | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| LCMH Inc. | Unsecured | 19.40 | NA | NA | 0.00 | 0.00 |
| Lincoln Insurance | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Little Company Of Mary Hospi | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MCSI INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau, LLC | Unsecured | 536.35 | NA | NA | 0.00 | 0.00 |
| Mexioc Sons mufflers & Brakes | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Michelle Josephson | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midamerica Cardiovascular Cons | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| Mohammed N. Siddiqui | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Nikun N. Shah | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Oak Lawn Radiology Imaging Consult. | Unsecured | 1.60 | NA | NA | 0.00 | 0.00 |
| Plains Commerce Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Providian | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Pulmonary Medical Consultants | Unsecured | 29.40 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Robert J. Semrad & Assoc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rockenbach Chevrolet | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| Southwest Nephrology Associate | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| The Dental Clinic | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| The University of Chicago Medical C | Unsecured | 704.00 | NA | NA | 0.00 | 0.00 |
| Triad Financial Corp/Santander | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Univ Hepatologists-IM | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Village of Evergreen Park | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WOW Chicago | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| Yolanda Becker | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,668.90 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,668.90** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $82.82 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$82.82** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$3,167.63** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/15/2013          By: /s/ Marilyn O. Marshall
                                                 Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**